[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 145.]

THE STATE EX REL. WALSH, APPELLANT, *v.* R.G. SMITH COMPANY ET AL., APPELLEES.

[Cite as *State ex rel. Walsh v. R.G. Smith Co.*, 1998-Ohio-150.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2652—Submitted July 8, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD11-1451.

—————————

*Zwick Law Offices Co., L.P.A.*, and *James P. Proctor*, for appellant.

*Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A., David E. Butz* and *Edward D. Murray*, for appellee R.G. Smith Co.

*Betty D. Montgomery*, Attorney General, and *Cecille Caluya Harris*, Assistant Attorney General, for appellee Industrial Commission.

—————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

—————————